_____

Nos. 95-2956/4213
_____

Cass Bank And Trust Company,     *
          *
      Appellee,     *
          *  Appeals from the United States
    v.         *  District Court for the
          *  Eastern District of Missouri.
Robert E. Little,     *
          *      [UNPUBLISHED]
      Appellant.     *

_____

Submitted: October 25, 1996

Filed: November 27, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Robert E. Little appeals the district court's[1] grant of summary judgment to Cass Bank & Trust Co. on his breach of contract counterclaim. We determine that Little's first appeal, docketed as No. 95-4213, is premature, and will not address it. With regard to Little's second appeal, docketed as No. 95-2956, after de novo review, we agree with the district court's conclusion that Little's action was barred by the judgment in a prior state court action. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Lawrence O. Davis, United States Magistrate Judge for the Eastern District of Missouri, to whom this case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.